UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO._____ |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 641 -- |
| KENNETH DOYLE | ) | Theft of Government |
| | ) | Property |

INFORMATION

04CR10241MLW

COUNT ONE:    (18 U.S.C. § 641 -- Theft of Government Property)

The United States Attorney charges that:

From on or about June 1999 to June 2001, at Rockland and elsewhere in the District of Massachusetts,

KENNETH DOYLE,

defendant herein, knowingly stole, purloined and knowingly converted to his own use money, in the amount of $35,249.00, more or less, of the United States and a department or agency thereof, to wit, SSA Title II benefits to which he was not entitled.

All in violation of Title 18, United States Code, Section 641.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    _____
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

8/13/04
Date