UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| v. | **NO. 04-10241-MLW** |
| **KENNETH DOYLE** | |
| Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on OCTOBER 29, 2004 at 3:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

**October 22, 2004**          By:    **/s/ Dennis O'Leary**
     Date                                  Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                              [ntchrgcnf.]
                                                                 [kntchrgcnf.]