UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH DOYLE | CRIMINAL ACTION<br>NO. 04-CR-10241-MLW |

## ASSENTED TO MOTION TO CONTINUE AND ENLARGE TIME

Defendant, Kenneth Doyle, hereby moves to continue the hearing on the disposition and to enlarge the time in which the disposition must take place until a date in December, 2004 convenient for the court. As grounds for this Motion, Defendant states that additional time is needed to adequately prepare for the disposition and that this Motion is assented to.

Respectfully submitted,
KENNETH DOYLE
By his attorneys

Frederick W. Riley
B.B.O. No.: 420440
Joseph P. Dever
B.B.O. No.: 564237
RILEY & DEVER, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 201
Lynnfield, MA  01940-2351
Tel. (781) 581-9880

Assented to:
MICHAEL J. SULLIVAN
United States Attorney

/s/ Seth P. Berman (FWR)
--------------------------------
Seth P. Berman
Assistant U.S. Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210
(617) 748-3385