UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION |
| ) | NO. 04-CR-10241-MLW |
| v. ) |  |
| KENNETH DOYLE ) |  |

## ASSENTED TO MOTION TO CONTINUE AND ENLARGE TIME

Defendant, Kenneth Doyle, hereby moves to continue the hearing on the disposition and to enlarge the time in which the disposition must take place until a date in December, 2004 convenient for the court. As grounds for this Motion, Defendant states that additional time is needed to adequately prepare for the disposition and that this Motion is assented to.

The Defendant, Kenneth Doyle, agrees with and assents to this Motion.

>                                Respectfully submitted,
>                                KENNETH DOYLE
>                                By his attorneys
>
>                                _____
>                                Frederick W. Riley
>                                B.B.O. No.: 420440
>                                Joseph P. Dever
>                                B.B.O. No.: 564237
>                                RILEY & DEVER, P.C.
>                                Lynnfield Woods Office Park
>                                210 Broadway, Suite 201
>                                Lynnfield, MA  01940-2351
>                                Tel. (781) 581-9880

Assented to:
MICHAEL J. SULLIVAN
United States Attorney

_____
Seth P. Berman
Assistant U.S. Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210
(617) 748-3385