UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**　　　　　　　　　　　　　**CRIMINAL CASE**

　　　　　　　　　　　　　　　　　　　　　　　**NO. 04-10241-MLW**

　　　　V.

**KENNETH DOYLE**
　　　　**Defendant(s)**

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a CHANGE OF PLEA HEARING on **DECEMBER 8, 2004** at 3:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

　　　　　　　　　　　　　　　　　　　　　　　TONY ANASTAS
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

**November 29, 2004**　　　　　By:　**/s/ Dennis O'Leary**
　　**Date**　　　　　　　　　　　　　**Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)　　　　　　　　　　　[ntchrgcnf.]
　　　　　　　　　　　　　　　　　　　　　　　[kntchrgcnf.]