UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10008

United States                                     Kenneth Doyle
     PLAINTIFF                                     DEFENDANT

Seth Berman                                       Frederick Riley


    COUNSEL FOR PLAINTIFF              COUNSEL FOR DEFENDANT

JUDGE   Wolf            CLERK   O'Leary                    REPORTER   Twomey

CLERK'S NOTES

| DATES: | Change of Plea Hearing |
| --- | --- |
| 12/8/04 | Defendant takes the stand and is sworn. |
| | Waiver of indictment colloquy given. |
| | Defendant waives his right to an indictment - court accepts the same. |
| | Plea colloquy given. |
| | Government summarizes the evidence it would have presented had the case gone to trial. |
| | Defendant pleads guilty to one count information. |
| | Court accepts the defendant's plea and orders the clerk to enter the same. |
| | Defendant's pre-trial release is continued on the same conditions. |
| | Sentencing set for February 24, 2005 at 3:00 PM. |
| | Sentencing procedural order to issue. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |