UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                **CRIMINAL CASE**

                                                 **NO. 04-10241-MLW**

V.

**KENNETH DOYLE**
         **Defendant(s)**

## NOTICE OF CANCELLATION

**WOLF, D.J.**

The **SENTENCING HEARING** previously scheduled for **FEBRUARY 24, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED.

                                                 TONY ANASTAS
                                                 CLERK OF COURT

**February 9, 2005**                             By:  /s/ Dennis O'Leary
        Date                                     Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                    [ntchrgcnf.]
                                                            [kntchrgcnf.]