UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| V. | **NO. 04-10241-MLW** |
| **KENNETH DOYLE** | |
| Defendant(s) | |

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on FEBRUARY 23, 2005 at 4:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

**February 18, 2005**        By:    /s/ Dennis O'Leary
  Date                                    Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                    [ntchrgcnf.]
                                             [kntchrgcnf.]