UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10241

| United States | Kenneth Doyle |
|---|---|
| PLAINTIFF | DEFENDANT |
| Seth Berman | Frederick Riley |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf           CLERK   O'Leary           REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 2/23/05 | Court adopts all factual allegations contained in the pre-sentence report without objection. Accordingly the guideline ranges are as follows: TOL 10, CH I, 6-12 months custody, 24-36 months supervised release, $2K - $20K fine, $35,269.00 restitution and $100 special assessment fee. Government recommends a sentence of probation with 6 months of home confinement, $35,269.00 in restitution. Defendant recommends straight probation, restitution and a period of community service. Formal sentencing - 24 months supervised release on the standard conditions plus the following additional conditions: first six months on home confinement, defendant will be permitted to leave his house for work or volunteer services, medical appointments or religious services, pay restitution in the of $35, 269.00 within seven days of today's date, participate in a mental health counseling program as prescribed by probation. Court imposes no fine but does impose the mandatory $100.00 special assessment fee. Defendant advised of his right to appeal and to counsel. |