**RILEY & DEVER, P.C.**
ATTORNEYS AT LAW
Lynnfield Woods Office Park
210 Broadway, Suite 101
Lynnfield, Massachusetts 01940-2351
(781) 581-9880
Facsimile (781) 581-7301

February 28, 2005

United States District Court
For The District of Massachusetts
Clerk of Courts
Attn: Accounting Department
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA    02210

RE:   United States of America
      vs. Kenneth Doyle
      Criminal Action No.: 04-CR-10241-MLW

Dear Sir/Madam:

Please find enclosed pursuant to Judge Mark Wolf's Order on Wednesday, February 23, 2005, restitution in the amount of $35,249.00.

Said Order was to be complied with within seven days following the Sentencing date.

If I can be of any further assistance to you in this matter, please do not hesitate to contact me.

Very truly yours,

FREDERICK W. RILEY

FWR/pmp
Enclosure
cc:  Ken Doyle
     Dennis O'Leary, Clerk to
     Judge Mark L. Wolf

```
                                                                        1221
                                                                        1221
   RILEY & DEVER, P.C.
       IOLTA ACCOUNT                            CITIZENS BANK
   LYNNFIELD WOODS OFFICE PARK                  MASSACHUSETTS
    210 BROADWAY, SUITE 201                     5-7017-2110
     LYNNFIELD, MA 01940-2351
Thirty Five Thousand Two Hundred Forty Nine ********************** 00/100

                                              DATE            AMOUNT
                                          Feb 28/2005      $35,249.00

       Clerk of Courts, U.S. District Court of MA
PAY
TO THE
ORDER
  OF


       Disbursement of Escrow Funds
                                              [signature]

       ⑆001221⑆ ⑈211070175⑈ 1103166368⑆
```