UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CR10241-001-MLW |
| | ) | |
| Kenneth Doyle, | ) | |
|     Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Kenneth Doyle, by payment in full.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorneys

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3303

Dated: March 16, 2005

**CERTIFICATE OF SERVICE**

Suffolk, s.s.                                                                                             Boston, MA

    I hereby certify that I have this day served a copy of the foregoing by mailing a copy to Kenneth Doyle, at 4 Southgate Lane, Hingham, MA  02043.

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney